# **EXHIBIT 1**

**CUSTOMER NAME**

104TH FAMILY DENTAL
360 DENTAL
83RD MARKETPLACE DENTAL CARE
A REASON TO SMILE
AAA AMBULANCE SERVICE
ADAMS DENTAL CENTER
ADMIRAL DENTAL CARE
ADVANCE DENTAL HEALTH CENTER
ADVANCED DENTAL ON SMOKY HILL ROAD
ALBUQUERQUE IMAGING
ALBUQUERQUE IMAGING CENTER
ALEGRE DENTAL @ BOSQUE
ALEGRE DENTAL @ PETROGLYPHS
AMBER HILLS FAMILY DENTAL
AMERICAN HEALTH IMAGING
ANESTHESIA CARE LLC
ANESTHESIA CONSULTANTS PC
APOLLO CHIROPRACTIC HEALTH & WELLNESS, LLC
ARBOR FAMILY MEDICINE PC
ARBUCKLE MEMORIAL HOSPITAL
ARIZONA ANESTHESIA CONSULTANTS INC
ARKADELPHIA DENTAL CARE
ARMED FORCES DENTAL CENTER
ARROWHEAD CREEKSIDE DENTAL
ASCENT FAMILY DENTAL
ASCENT FAMILY DENTAL LLC
ASHBY PARK RESTORATIVE & COSMETIC DENTISTRY PA
ASPEN VIEW DENTAL
ATI PHYSICAL THERAPY
AUDUBON DENTAL GROUP- MEMPHIS
AUDUBON DENTAL GROUP-GERMANTOWN
AULT/EATON FAMILY CARE
BANNER ANESTHESIOLOGISTS COLORADO LLC
BANNER FT. COLLINS MEDICAL CENTER
BANNER GREELEY SPECIALIST
BANNER HOME CARE - LOVELAND
BANNER HOME CARE - NCMC
BANNER MEDICAL CENTER - FORT COLLINS
BANNER MEDICAL GROUP
BANNER MOUNTAIN VISTA ORTHOPEDICS
BANNER ONCOLOGY SERVICES
BARDSTOWN DERMATOLOGY
BARTLETT DENTAL ASSOCIATES
BAYHEALTH - PROBATE
BAYHEALTH HOSPITAL KENT CAMPUS

BAYHEALTH HOSPITAL SUSSEX CAMPUS
BAYHEALTH MEDICAL GROUP
BAYHEALTH OCCUPATIONAL HEALTH
BEAR CANYON FAMILY DENTISTRY
BEAR TOOTH DENTAL
BELLE POINT DENTAL
BELMAR AMBULATORY SURGICAL CENTER
BERKSHIRE DENTAL GROUP
BHS PHYSICIAN SERVICES - TORRINGTON
BLACK MOUNTAIN DENTAL CARE
BLACKMAN FAMILY DENTAL
BLAKE CURE, DDS
BLOUNT MEMORIAL (PARKWAY)
BLOUNT MEMORIAL HOSPITAL
BLOUNT MEMORIAL PHYSICIANS GROUP
BLOUNT RADIATION ONCOLOGY ASSOCIATES PLLC
BLUE STAR IMAGING
BMG WEST
BOCA PARK DENTAL
BOISE RADIOLOGY GROUP
BOULDER COMMUNITY HEALTH
BOULDER COUNTY SMILES
BRISTOL HEIGHTS DENTAL
BROADWAY DENTAL ARTS
BRUCE M. SMITH, MD
BULLHEAD CITY DENTIST
CANE RIDGE DENTIST
CANNON CROSSROAD DENTAL CARE
CARENT LAB AT BOULDER COMMUNITY HEALTH
CARENT LAB AT GOOD SAMARITAN MEDICAL CENTER
CARENT LAB AT LUTHERAN MEDICAL CENTER
CARENT LAB AT SAINT JOSEPH HOSPITAL
CARENT LAB AT ST. JAMES
CARENT LAB AT ST. VINCENT
CARENT LAB AT UCHEALTH
CARENT LABS
CAROLINA DENTAL GROUP
CAROLINAS IMAGING SERVICES, LLC
CARSON CITY SPINE
CARSON TAHOE CONTINUING CARE
CARSON TAHOE HEALTH FDBA SIERRA SURGERY
CARSON TAHOE REGIONAL HEALTHCARE
CASADY DENTAL CARE
CASADY SQUARE ORTHODONTICS
CASCADE CAPITAL FUNDING, LLC
CEDAR CREEK DENTAL CARE
CEDAR FAMILY DENTISTRY

CENTENNIAL COMPLETE DENTAL
CENTER FOR COSMETIC AND FAMILY DENTISTRY
CENTER FOR EXCEPTIONAL DENTISTRY
CENTERPLACE DENTAL CARE
CHAPEL HILL FAMILY DENTISTRY
CHARLESTON RESTORATIVE & COSMETIC DENTISTRY, LLC.
CHARLOTTE RADIOLOGY, P.A.
CHOCTAW REGIONAL MEDICAL CENTER
CITY OF LITTLETON EMS
CLARKSON DENTAL
COAL CREEK FAMILY DENTAL
COLORADO IMAGING ASSOCIATES, PC
COLORADO SPINE INSTITUTE
COLORADO WEST EMERGENCY PHYSICIANS
COLORADO WEST OPHTHALMOLOGY ASSOC PC
COLTON COMPLETE DENTAL CARE
COLUMBINE DENTAL
COMPLETE DENTAL CARE OF EASLEY
COMPLETE DENTAL OF EDUCATION HILL
COMPLETE DENTAL OF OKC
COON MEMORIAL HOSPITAL
COPPER QUEEN COMMUNITY HOSPITAL
COPPER QUEEN COMMUNITY HOSPITAL RURAL HEALTH CLINICS
COPPERHEAD DENTAL CARE
COTTON RIDGE DENTAL CARE
COVINGTON COUNTY HOSPITAL AMBULANCE
CREATIVE SMILES -MURFREESBORO
CRESTWOOD DENTAL CARE
CROSS TIMBERS FAMILY DENTAL
CROSSROADS FAMILY DENTAL CARE
CROSSROADS FAMILY DENTISTRY
CROW VALLEY DENTAL CARE
CROWFIELD DENTAL
CUMBERLAND RIVER DENTAL CARE
DALHART EMS
DALLAM HARTLEY COUNTIES HOSPITAL DISTRICT
DECATUR COUNTY MEMORIAL HOSPITAL
DEER CREEK FAMILY DENTAL
DEER VALLEY FAMILY DENTISTRY
DEFINITION DENTAL
DENARO DENTAL CARE
DENTAL ARTS OF OLIVER SPRINGS
DENTAL ARTS OF SURPRISE
DENTAL CARE AT BEREWICK
DENTAL CARE AT CROSS POINTE
DENTAL CARE AT GORDEN CROSSING
DENTAL CARE AT LELAND TOWN CENTER

DENTAL CARE AT MADERA VISTA
DENTAL CARE AT MADERA VISTA
DENTAL CARE AT MILL CREEK
DENTAL CARE AT MILLS CROSSING
DENTAL CARE AT PALLADIUM
DENTAL CARE AT PLEASANT HILL
DENTAL CARE AT TUMBLEWEED PASS
DENTAL CARE AT WINNOWING WAY
DENTAL CARE OF ANTHEM CROSSROADS
DENTAL CARE OF BELLEVUE
DENTAL CARE OF BIXBY
DENTAL CARE OF BOILING SPRINGS
DENTAL CARE OF CAMDEN
DENTAL CARE OF CARY PARK
DENTAL CARE OF EDMOND
DENTAL CARE OF EDMONDS
DENTAL CARE OF GRAFTON
DENTAL CARE OF HENDERSONVILLE
DENTAL CARE OF LAKE WYLIE
DENTAL CARE OF LEE VILLAGE
DENTAL CARE OF MENOMONEE FALLS
DENTAL CARE OF NORMAN
DENTAL CARE OF POWELL
DENTAL CARE OF SANFORD
DENTAL CARE OF SAPULPA
DENTAL CARE OF SHERRILLS FORD
DENTAL CARE OF SOUTH AIKEN
DENTAL CARE OF SPRING HILL
DENTAL CARE OF VETERANS PARKWAY
DENTAL CARE OF WAUKESHA
DENTAL CARE ON ASHLEY CIRCLE
DENTAL CARE ON EAST MAIN
DENTAL CARE ON MACON
DENTAL CARE ON SAN ANTONIO
DENTAL CARE ON WATSON
DENTAL CARES CORDOVA
DENTAL CARES-COLLERVILLE
DENTAL DESIGNS OF LAS VEGAS
DENTAL DESIGNS ON POPLAR
DENTAL HEALTH OF FIANNA
DENTAL PROFESSIONALS
DENTAL VILLAGE-MARANA
DENTAL VILLAGE-SIERRA VISTA
DENTISTRY FOR HEALTH
DENTISTRY ON WALNUT GROVE
DERMATOLOGY & AESTHETICS
DERMATOLOGY CENTER OF STEAMBOAT SPRINGS

DESERT DENTAL
DESERT FAMILY DENTISTRY
DESERT SMILES DENTISTRY
DEVINE DENTISTRY
DICKSON DENTAL
DISTINCTIVE DENTISTRY
DIVERSIFIED RADIOLOGY OF COLORADO, INC.
DOUGLAS UYEMURA DDS
DOWNTOWN DENTAL ASSOCIATES
DR JENNIFER MCPEEK DO
DR KENNETH PETTINE FDBA
DR. HEIDILIZA Y TAN MD
DR. KELLI MORGAN
DUCK CREEK FAMILY DENTAL
EAST MORGAN COUNTY HOSPITAL
EASTLAND MEMORIAL HOSPITAL
EASTSIDE GENERAL DENTISTRY
EDGEWATER FAMILY DENTAL
EDISON FAMILY DENTAL CARE
ELECTRIC CITY DENTAL CARE
FAMILY DENTAL AT DUBLIN HEIGHTS
FAMILY DENTAL CARE OF FITCHBURG
FAMILY DENTAL CARE OF MUSKEGO
FAMILY DENTAL CARE OF OLATHE
FAMILY DENTAL CARE OF OWASSO
FAMILY DENTAL CARE OF POWDERSVILLE
FAMILY DENTAL CARE OF ROGERS
FAMILY DENTAL CARE OF SIOUX CITY
FAMILY DENTAL CARE OF SMYRNA
FAMILY DENTAL CARE OF SPRING VALLEY
FAMILY DENTAL CARE OF WILMINGTON
FAMILY DENTAL CARE ON WASHINGTON
FAMILY DENTAL OF LEXINGTON
FAMILY DENTAL OF SHAWNEE
FAMILY DENTAL OF THORNTON
FAMILY DENTISTRY AT RIVERSIDE CROSSING
FAMILY DENTISTRY OF YUKON
FAMILY ORTHODONTICS OF SHAWNEE
FAMILY PHYSICIANS WINDSOR
FARROW PARKWAY DENTAL CARE
FLOWERS CROSSROADS DENTAL
FOLLY ROAD DENTAL CARE
FORESTVILLE ROAD DENTAL CARE
FORREST GENERAL HOSPITAL
FORREST GENERAL HOSPITAL HOME CARE & HOSPICE
FORREST HEALTH CLINICS
FORT SMITH SMILES

FOUNTAIN HILLS DENTAL CARE
FOUR LAKES FAMILY DENTAL
FRANKLIN DENTAL CARE
FUQUAY FAMILY DENTISTRY
FUTRELL AND REESE FAMILY DENTISTRY
GALLATIN DENTAL CARE
GALLERIA DENTAL
GARDENS RADIOLOGY GROUP
GATEWAY DENTAL CARE
GATEWAY SMILES DENTISTRY
GENTLE DENTAL CARE OF NMB
GEORGE DOUGLAS COX PHD
GERMANTOWN DENTAL CARE
GILDER CREEK DENTAL CARE
GLISTEN DENTAL & SLEEP APNEA CARE
GRAND DENTAL
GRAND JCT PATHOLOGISTS
GREAT PLAINS FAMILY DENTISTRY OF ENID
GREAT SOUTHERN SMILES
GREELEY COUNTY HEALTH SERVICES
GREEN HILLS FAMILY DENTISTRY
GREER FAMILY DENTAL CARE
GRITMAN MEDICAL CENTER
GROVER C. DILS CLINIC
GROVER C. DILS MEDICAL CENTER
HALLS CROSSROADS DENTAL CARE
HAMPTON LAKE DENTAL CARE
HANFIELD VILLAGE DENTAL CARE
HAPPY VALLEY FAMILY DENTISTRY
HARBISON HILL DENTISTRY
HARMONY SURGERY CENTER
HARPETH DENTAL CARE
HARRISON BRIDGE DENTAL CARE
HENDRY REGIONAL MC CLINICS
HENDRY REGIONAL MEDICAL CENTER
HERITAGE DENTAL
HIGH DESERT IMAGING
HIGH FIELD & OPEN MRI
HIGH RESOLUTION
HIGH RESOLUTION IMAGING
HIGHLAND COMMUNITY HOSPITAL (FORREST HEALTH)
HILL COUNTRY IMAGING ASSOCIATES
HORIZON DENTAL CENTER
HORIZON LABORATORY LLC
HOUGHTON FAMILY DENTAL CARE
HPI - COMMUNITY HOSPITAL
HPI - NORTHWEST SURGICAL HOSPITAL

HPI - NW SURGICAL HOSPITAL - MEDICARE
HUES DENTAL GROUP
IMPLANT & GENERAL DENTISTRY OF NORTHERN COLORADO
INDIAN LAKE FAMILY DENTAL
INDIAN LAND DENTAL CARE
INFECTIOUS DISEASES & INTERNAL MEDICINE ASSOCIATES PC
JAMES R. WHARTON, M.D., PSC.
JANESVILLE FAMILY DENTAL CARE
JEFFERSON DAVIS COMMUNITY HOSPITAL (FORREST HEALTH)
JOHNS FAMILY & IMPLANT DENTISTRY
JOHNSTOWN FAMILY PHYSICIANS
KEILAH ISABEL GONZALEZ-BONILLA MD
KENMORE DENTISTRY
KILLIAN ROAD DENTAL CARE
KRISTINE EULE MD
KRUYER DENTAL
LACKEY MEMORIAL HOSPITAL
LAKE AVENUE DENTAL
LAKESIDE DENTAL
LAKESIDE DENTAL CARE
LAKEVIEW FAMILY DENTAL
LAKEVIEW POINTE DENTISTRY
LAWRENCE COUNTY MEMORIAL HOSPITAL
LAWRENCE DOUGLAS COUNTY FIRE MEDICAL
LEBANON DENTAL CARE
LIBERTY HOSPITAL
LIFESTANCE HEALTH CALIFORNIA
LIFESTANCE HEALTH CENTRAL OHIO
LIFESTANCE HEALTH COLORADO
LIFESTANCE HEALTH FLORIDA
LIFESTANCE HEALTH GEORGIA
LIFESTANCE HEALTH ILLINOIS
LIFESTANCE HEALTH INDIANA
LIFESTANCE HEALTH KENTUCKY
LIFESTANCE HEALTH MARYLAND
LIFESTANCE HEALTH MASSACHUSETTS
LIFESTANCE HEALTH MISSOURI
LIFESTANCE HEALTH NEW HAMPSHIRE/MAINE
LIFESTANCE HEALTH NORTH CAROLINA
LIFESTANCE HEALTH NORTHERN OHIO
LIFESTANCE HEALTH OREGON
LIFESTANCE HEALTH PENNSYLVANIA
LIFESTANCE HEALTH SOUTHERN OHIO/KENTUCKY
LIFESTANCE HEALTH TENNESSEE
LIFESTANCE HEALTH TEXAS
LIFESTANCE HEALTH VIRGINIA
LIFESTANCE HEALTH WASHINGTON

LIFETIME DENTAL OF NORMAN
LIFETIME DENTISTRY OF CHICKASHA
LIFETIME DENTISTRY OF SOUTH TULSA
LIMELIGHT DENTAL CARE
LINCOLN COUNTY AMBULANCE
LONGBROW DENTAL CARE
LOUISVILLE DERMATOLOGY
M&B IMAGING, P.C. D/B/A AMERICAN HEALTH IMAGING
MAINEGENERAL MEDICAL CENTER
MAPLE RIDGE DENTAL CARE
MARION GENERAL HOSPITAL (FORREST HEALTH)
MARKHAM FAMILY DENTISTRY
MCALESTER LIFETIME DENTISTRY
MCKEE CARE CENTER
MCKEE CENTER WOMENS HEALTH
MCKEE MEDICAL CENTER
MERIDIAN DENTAL
MERIDIAN DENTAL CENTRE
MESA RADIOLOGY
MESA RIDGE DENTAL CENTER
METRO PARK DENTAL ARTS
MIDATLANTIC BEHAVIORAL HEALTH
MID-DEL COMPLETE DENTAL CARE
MIDDLE PARK MEDICAL CENTER
MIDWEST RADIOLOGY ASSOCIATES INC
MODERN DENTAL OF THE EAST VALLEY
MONTROSE MEMORIAL HOSPITAL
MONTROSE REGIONAL HEALTH
MOORE COMPLETE DENTAL
MOUNTAIN CREST DENTAL
MOUNTAIN RANGE DENTISTRY
MOUNTAIN RIDGE DENTAL CARE
MOUNTAIN VISTA SURGERY
MOUSE CREEK DENTAL CARE
MR. RUSSELL J. SMITH MD
MURRELLS INLET DENTISTRY
MY DENTIST - ADA
MY DENTIST - ARDMORE
MY DENTIST - BARTLESVILLE
MY DENTIST - BROKEN ARROW
MY DENTIST - CLAREMORE
MY DENTIST - DUNCAN
MY DENTIST - DURANT
MY DENTIST - FORT SMITH
MY DENTIST - LAWTON
MY DENTIST - MIDTOWN
MY DENTIST - MUSKOGEE

MY DENTIST - RUSSELLVILLE
MY DENTIST - VAN BUREN
NASHBORO VILLAGE FAMILY DENTAL
NCMC - BEHAVIORAL HEALTH
NCMC CARE CENTER
NCMC SPECIALTY CLINIC
NEOSHO MEMORIAL REGIONAL MEDICAL CENTER
NEWBERRY COUNTY MEMORIAL HOSPITAL
NIESA
NORMAN REGIONAL HEALTH SYSTEMS
NORTH CHARLESTON FAMILY DENTAL
NORTH COLORADO FAMILY MEDICINE
NORTH COLORADO MEDICAL CENTER
NORTH HILL DENTISTRY
NORTH MAY FAMILY DENTAL
NORTH MYRTLE BEACH DENTISTRY
NORTH PARK HOSPITAL DISTRICT
NORTH WASHINGTON DENTAL
NORTHGLENN AMBULANCE
NORTHWEST OKC DENTAL CARE
OAK LEAF FAMILY DENTAL
OAKWOOD FAMILY DENTAL CARE
OCEAN BAY DENTAL CARE
OGALLALA COMMUNITY HOSPITAL
OKLAHOMA CITY DENTAL
OLY TUMWATER DENTAL CARE
ORAL SURGICAL INSTITUTE-COOL SPRINGS
ORAL SURGICAL INSTITUTE-NASHVILLE
ORTHOPAEDIC & SPINE CENTER OF THE ROCKIES
PADDOCK PLACE DENTAL
PALMETTO COAST DENTAL
PALMETTO DENTAL HEALTH ASSOCIATES
PAPILLION DENTAL CARE
PARKSTONE DENTAL CARE
PARKVIEW MEDICAL GROUP
PARKWEST SURGERY CENTER
PARKWOOD RANCH DENTAL CARE
PARTNERS IN PERIODONTICS
PARTNERS IN PERIODONTICS, PLLC
PATHFINDER CHIROPRACTIC
PEAK TO PEAK PERIODONTICS
PEARL RIVER
PEARLY WHITES FAMILY DENTISTRY
PEBBLE CREEK DENTAL
PEDIATRIC ASSOCIATES OF NORTHERN COLORADO
PEPPER TREE DENTAL
PERKINS PRIMARY CARE (STILLWATER CLINIC)

PERRY MEMORIAL HOSPITAL
PHILIP HEALTH SERVICES
PIKES PEAK ANESTHESIA ASSOCIATES
PLANTATION POINTE DENTISTRY
PLATTE COUNTY MEMORIAL HOSPITAL
PLEASANT GROVE DENTAL
PLUM DRIVE DENTAL
POINT HOPE DENTAL CARE
PORTRAIT HEALTH CENTER, INC.
PRAIRIE RIDGE DENTAL CARE
PRAIRIE VIEW FAMILY DENTAL
PREMIER DENTISTRY OF BLYTHEWOOD
PRESTON DENTAL CENTER
PRESTWOOD COMPLETE DENTAL CARE
PRINCE CREEK DENTAL CARE
PRO RADIOLOGY, LLC D/B/A AMERICAN HEALTH IMAGING
PUSCH PEAK FAMILY DENTAL
QUAIL HOLLOW FAMILY DENTISTRY
QUAIL SPRINGS DENTAL CARE
QUIRT -PLOVER
QUIRT -WAUSAU
QUIRT-MERRILL
QUIRT-SCHOFIELD
QUIRT-WITTENBERG
QUIVIRA DENTAL CARE
RADIOLOGY ASSOCIATES OF ALBUQUERQUE
RADIOLOGY LTD. - CARONDELET
RADIOLOGY LTD., LLC
RENAL MEDICINE ASSOCIATES
RENOWN - HB MEDICARE
RENOWN HEALTH MEDICAL GROUP
RENOWN MSO
RENOWN REG MEDICAL CENTER - BACKLOG
RENOWN REG MEDICAL CENTER - INPATIENT
RENOWN REG MEDICAL CENTER - OUTPATIENT
RENOWN REHAB - BACKLOG
RENOWN REHAB HOSPITAL - INPATIENT
RENOWN REHAB HOSPITAL - OUTPATIENT
RENOWN S MEADOWS - BACKLOG
RENOWN SOUTH MEADOWS - INPATIENT
RENOWN SOUTH MEADOWS - OUTPT
RENOWN URGENT CARE
RESEARCH TRIANGLE DENTAL
RETINA CONSULTANTS OF SOUTHERN COLORADO
RICE CREEK FAMILY DENTISTRY
RICHARD LOWINGER LPC LLC
RIO RANCHO DENTAL ARTS

RIVERBEND VILLAGE DENTAL CARE
RIVERHATE DENTAL CARE
RIVERS DENTAL CARE
RLJ DENTAL - GREEN BAY
RLJ DENTAL - NEENAH
RLJ DENTAL -- WEST ALLIS
RLJ DENTAL MENASHA
RLJ DENTAL NEENAH
RLJ DENTISTRY - OSHKOSH
RMC HEALTH SYSTEM
RMC STRINGFELLOW
ROBERT J BENKE DDS PC
ROCKY MOUNT SMILEMAKERS
ROCKY MOUNTAIN ASSOCIATES IN ORTHOPEDIC MEDICINE
ROCKY MOUNTAIN PRIMARY CARE PC
ROCKY MOUNTAIN RADIOLOGY CENTER
RONALD J. ESCUDERO MD PC
SAINT ANDREWS DENTAL CARE
SALIENT MEDICAL
SAN TAN MOUNTAIN DENTAL
SANGRE DE CRISTO DENTAL CARE
SANTA CRUZ RIVER DENTAL
SANTA FE IMAGING
SANTA FE RADIOLOGY PC
SAUK PRAIRIE HEALTHCARE CLINICS
SAVIT
SAYEBROOK DENTAL CARE
SCHC ADELANTE CLINIC
SCHC GREELEY
SCHC GREELEY DENTAL
SCHC LOVELAND COMMUNITY HEALTH CENTER
SCHC LOVELAND DENTAL
SCHC MONFORT CHILDREN'S CLINIC
SCHC MONFORT CHILDREN'S CLINIC DENTAL
SCHC MONFORT FAMILY CLINIC
SCHC NCMC
SCHC NORTH RANGE CLINIC
SCHC OUTREACH
SCHC SCHOOL BASED
SCHC SUMMIT STONE
SCHC WELD COUNTY PRENATAL
SEASONS FAMILY DENTAL CARE
SECRET CITY DENTAL CARE
SHARED MEDICAL SERVICES INC
SIERRA FAMILY DENTISTRY
SIERRA FAMILY HEALTH
SIERRA NEVADA MEDICAL IMAGING

SIGNATURE SMILES ON BROADWAY
SKYLINE SURGERY CENTER
SMILES AT CAROLINA FOREST
SMILES AT GOOSE CREEK
SMILES OF WICHITA
SMILES ON CALUMET
SMILES ON DELAWARE
SMILES ON NORTHERN
SMILES ON SOUTHERN
SMOKY HILL DENTAL
SOFT TOUCH DENTISTRY
SOUTH CAROLINA DENTAL CENTER
SOUTH DENVER ANESTHESIOLOGISTS
SOUTH LAKE FAMILY DENTAL
SOUTH PENINSULA HOSPITAL
SOUTH STONE DENTAL CARE
SOUTHERN HILLS DENTAL CARE
SOUTHERN WOODS DENTAL CARE
SOUTHPOINTE COMPLETE DENTAL
SPANISH PEAKS CLINICS
SPANISH PEAKS REGIONAL HEALTH CENTER
SPRING RIDGE DENTAL CARE
STANDLEY SHORES DENTAL GROUP
STEAMBOAT MEDICAL GROUP
STEELYARD DENTAL CARE
STERLING REGIONAL MEDICAL CENTER
STILLWATER MEDICAL - BLACKWELL
STILLWATER MEDICAL CENTER
STILLWATER MEDICAL CENTER - SURGERY CENTER
STILLWATER MEDICAL CENTER CLINICS
STILLWATER MEDICAL CENTER CLINICS: GI PHYSICIANS
STILLWATER MEDICAL CENTER CLINICS: WOMEN'S CLINIC
STILLWATER MEDICAL-PERRY
STONE LAKE FAMILY DENTISTRY
STOVE POINT DENTAL CARE
SUMMIT HEALTHCARE REGIONAL MEDICAL CENTER
SUMMIT PATHOLOGY
SUMMIT PLAZA DENTAL CARE
SUMMIT VIEW SURGERY CENTER
SUMMITSTONE HEALTH PARTNERS
SUNDOME CROSSING DENTAL CARE
SUNRIDGE DENTAL CARE
SUNRISE COMMUNITY HEALTH CENTER
SUNSET AVENUE DENTAL
SUNSTONE DENTAL CARE
SUSAN JOHNSTON APN LLC
SYNERGY RADIOLOGY, LLC D/B/A AMERICAN HEALTH IMAGING

TAHOE CARSON RADIOLOGY
TANYARD SPRINGS FAMILY DENTISTRY
TAYLOR MADE SMILES
TENNESSEE NEPHROLOGY CLINIC PLLC
TERRI L CRABTREE FNP
THE DENTIST OF COLORADO
THIBODAUX REGIONAL HEALTH SYSTEM
THOMPSON VALLEY EMS
THUNDER MOUNTAIN DENTISTRY
TORRINGTON COMMUNITY HOSPITAL
TOUCHSTONE MEDICAL IMAGING
TOWN CENTER DENTAL
TRACY ORCHARD DENTAL CARE
TRICORE REFERENCE LABORATORIES
TULSA HILLS DENTAL CARE
TUMWATER FAMILY DENTISTRY
UCHEALTH
UNC STUDENT HEALTH
UNION MEDICAL SERVICES, LLC
UNIVERSITY PHYSICIANS, INC.
UPSTATE CAROLINA RADIOLOGY, P.A.
US ANESTHESIA PARTNERS OF COLORADO
US ANESTHESIA PARTNERS OF FLORIDA
US ANESTHESIA PARTNERS OF KANSAS
US ANESTHESIA PARTNERS OF KANSAS
US ANESTHESIA PARTNERS OF MARYLAND
US ANESTHESIA PARTNERS OF NEVADA
US ANESTHESIA PARTNERS OF OKLAHOMA
US ANESTHESIA PARTNERS OF TEXAS
US ANESTHESIA PARTNERS OF WASHINGTON
UVALDE MEMORIAL HOSPITAL
VAIL VALLEY SURGERY CENTER
VAIL VALLEY SURGERY CENTER -- EDWARDS
VALLEY PROFESSIONALS COMMUNITY HEALTH CENTER
VAN BUREN FAMILY DENTISTRY
VILLAGE CREST FAMILY DENTAL
VILLAGE GROVE DENTAL CARE
VITALSKIN DERMATOLOGY
WALTHALL GENERAL HOSPITAL (FORREST HEALTH)
WARFIELD DENTAL CENTER
WASHAKIE CARE CENTER
WASHAKIE MEDICAL CENTER
WASHAKIE MEDICAL CENTER CLINIC
WATERFORD FAMILY DENTISTRY
WATERPARK DENTAL CARE
WEATHERFORD COMPLETE DENTAL
WEATHERFORD ORTHODONTICS

WEDGEWOOD SQUARE DENTAL
WEST BELL DENTAL CARE
WEST COLUMBIA FAMILY DENTISTRY
WEST PASCO FAMILY DENTAL
WEST TENNESSEE DENTAL GROUP
WEST TOWN DENTAL CARE
WEST UNIVERSITY FAMILY DENTISTRY
WHEATLAND FAMILY DENTAL
WHISPER CREEK DENTAL CARE
WHITE HOUSE FAMILY DENTAL CARE
WHITE MOUNTAIN REGIONAL MEDICAL CENTER
WILLIAMSON ROAD DENTAL CARE
WILSON MEDICAL CENTER
WOMENS CLINIC OF NORTHERN COLORADO
WOODLAND HEIGHTS FAMILY DENTAL
WR BANNER HOSPITAL BASED CLINICS
YAMPACARE FAMILY CLINIC
YUMA CLINIC
YUMA DISTRICT CLINIC
YUMA DISTRICT HOSPITAL
(ARDENT) AMARILLO SURGERY & ENDOSCOPY
(ARDENT) BSA AMARILLO DIAGNOSTIC CLINIC
(ARDENT) BSA PHYSICIANS GROUP
(ARDENT) HARRINGTON PHYSICIANS, INC
(DISPATCHHEALTH) ARIZONA
(DISPATCHHEALTH) CONNECTICUT
(DISPATCHHEALTH) FLORIDA
(DISPATCHHEALTH) IDAHO
(DISPATCHHEALTH) INDIANA
(DISPATCHHEALTH) KANSAS, PA
(DISPATCHHEALTH) KENTUCKY
(DISPATCHHEALTH) MASSACHUSETTS
(DISPATCHHEALTH) NEVADA WAGNER
(DISPATCHHEALTH) NJ WAGNER
(DISPATCHHEALTH) NORTH CAROLINA
(DISPATCHHEALTH) OREGON
(DISPATCHHEALTH) TENNESSEE
(DISPATCHHEALTH) TEXAS
(DISPATCHHEALTH) TRUE NORTH HEALTH NAVIGATION (COLORADO)
(DISPATCHHEALTH) TRUE NORTH HEALTH NAVIGATION (GEORGIA)
(DISPATCHHEALTH) TRUE NORTH HEALTH NAVIGATION (OHIO)
(DISPATCHHEALTH) TRUE NORTH HEALTH NAVIGATION (OKLAHOMA)
(DISPATCHHEALTH) TRUE NORTH HEALTH NAVIGATION (VIRGINA)
(DISPATCHHEALTH) WASHINGTON